MINNIE W. PATERSON, Respondent, *v.* ST. PAUL FIRE AND MARINE INSURANCE COMPANY OF ST. PAUL, MINNESOTA, Appellant.

*Paterson* v. *St. Paul F. & M. Ins. Co.*, 164 App. Div. 902, affirmed.
(Argued March 23, 1917; decided April 6, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial

Term without a jury in an action upon a policy of fire insurance. The defense was that the policy had been canceled prior to the fire.

*Eugene D. Flanigan* for appellant.

*Del B. Salmon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.